**George C. STALLWORTH, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–4635.**

District Court of Appeal of Florida, First District.

Oct. 26, 2016.

George C. Stallworth, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So.2d 1236 (Fla.2004).

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., concur.